```
              FILED       LODGED
              RECEIVED    COPY

              AUG - 3 2017

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerrie A Cooley, et al., | No. CV-15-08145-PCT-DLR |
| Plaintiffs, | **VERDICT FORMS** |
| v. | REDACTED |
| Eileen Davison, et al., | |
| Defendants. | |

# VERDICT FORM 1

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of the Defendant James E. Davison Family Trust on all of Plaintiff Gerrie Cooley's claims.

_____                             _____
DATE                                                                                    FOREPERSON SIGNATURE

```
 1                          VERDICT FORM 2
 2   We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do
 3   find in favor of the Defendant Eileen Davison on all of Plaintiff Gerrie Cooley's claims.
 4
 5
 6   ___8-3-17_____ EPF            ___#4_____ EPF
 7   DATE                          FOREPERSON SIGNATURE
 8
```

**VERDICT FORM 3**

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Plaintiff Gerrie Cooley and against Defendant the James E. Davison Revocable Trust dated March 26, 2003, and Defendant Eileen Davison on the following claim(s):

     X     Fraud
     X     Conversion
     X     Aiding and Abetting
     X     Civil Conspiracy

We find the direct and consequential damages to be $ 385,659.39

We find the punitive damages to be $ 0 .

We find the total damages, inclusive of direct, consequential, and punitive damages, to be $ 385,659.39.

8-3-17                                    #4
DATE                              FOREPERSON SIGNATURE

---

Supplemental Verdict

We find against the James E Davison Revocable Trust only and not against Eileen Davison on the following claims:

  ~~X~~ Fraud  (em)          ~~X~~ Aiding and Abetting  (em)
  ~~X~~ Conversion (EPP) (em) ~~X~~ Civil Conspiracy (EPP) (em) (EPP)

Or We find against the James E Davison Revocable Trust and Eileen Davison on the following claims:

  X Fraud                    X Aiding & Abetting
  X Conversion               X Civil Conspiracy

8-3-17                              #4
Date                          Foreperson

## VERDICT FORM 4

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Plaintiff Gerrie Cooley and against Defendant the James E. Davison Revocable Trust dated March 26, 2003, on the following claim(s):

    __X__    Breach of Contract

    __X__    Breach of Covenant of Good Faith and Fair Dealing

We find the direct and consequential damages to be $ __240,000.00__ .

__8.3.17__
DATE

__#4__ [signature]
FOREPERSON SIGNATURE

## VERDICT FORM 5

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Plaintiff Gerrie Cooley and against Defendant the James E. Davison Revocable Trust dated March 26, 2003, and Defendant Eileen Davison on the following claim:

_X_    Negligent Misrepresentation and/or Non-Disclosure

On Plaintiff Gerrie Cooley's Negligent Misrepresentation and/or Non-Disclosure claim, we find the relative degrees of fault to be:

| | |
|---|---|
| Defendant Eileen Davison | 0 % |
| James E. Davison | 0 % |
| Defendant James E. Davison Family Trust | 70 % |
| Plaintiff Gerrie Cooley | 30 % |
| Total: | 100% |

We find the full damages concerning Ms. Cooley's claim for Negligent Misrepresentation and/or Non-Disclosure to be $ 719,149.30.

8.3.17                                                                                    #4
DATE                                                              FOREPERSON SIGNATURE

Supplemental Jury ~~Instructions~~ Verdict #2

Do you find that the actions or inactions of James E. Davison and/or Eileen Davison as trustees of the trust the basis for your finding that the Trust was 70% at fault?

_X_ Yes
___ No

8.3.17                              #4
Date                         Foreperson

-6-